**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00615-CV

**NOAM NIV, Appellant**

**V.**

**MEYER & COLEGROVE, PLLC, MILTON W. COLEGROVE, JR. AND
CONTEMPORARY SOLUTIONS - USA D/B/A TEXAS PIONEER TITLE AGENCY,
Appellees**

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-04528-2011**

## ORDER

Before the Court is appellees' August 12, 2015 motion to proceed without court reporter's record and affirm trial court's judgment. In the motion, appellees correctly note the reporter's record is overdue and appellant has failed to comply with the Court's June 18, 2015 directive to file written verification appellant has requested preparation of the reporter's record and either has paid or made arrangements to pay the reporter's fee or is allowed to proceed without prepayment of costs. *See* TEX. R. APP. P. 37.3(c).

Because appellant was cautioned that failure to comply with the June 18th directive could result in the appeal being submitted without the reporter's record and appellant has filed no response to appellees' August 12th motion, we **GRANT** the motion to the extent we **ORDER**

the appeal submitted without the reporter's record. *See id.* As the clerk's record has been filed, appellant shall file his brief no later than September 23, 2015.

/s/ CRAIG STODDART
   JUSTICE